# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HECTOR POLANCO for himself and all others similarly situated,**<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>**PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., YARON ROSENTHAL**,<br><br>　　　　　　　　　Defendants. | Case No. _____ |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against Defendants Parts Authority, LLC, Parts Authority, Inc., and Mr. Yaron Rosenthal.

By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 5/20/2021　　　　　　　Sign: _[signature]_

　　　　　　　　　　　　　　　Print Name:　Federico Cabral

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HECTOR POLANCO for himself and all others similarly situated,**<br><br>　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>**PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., YARON ROSENTHAL,**<br><br>　　　　　　　　　　Defendants. | Case No. _____ |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against Defendants Parts Authority, LLC, Parts Authority, Inc., and Mr. Yaron Rosenthal.

By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 5/21/2021　　　　　　　Sign: _[signature]_

　　　　　　　　　　　　　　　Print Name:　Hector Polanco

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HECTOR POLANCO for himself and all others similarly situated,**<br><br>                              Plaintiff,<br>           v.<br><br>**PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., YARON ROSENTHAL**,<br><br>                              Defendants. | Case No. _____ |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against Defendants Parts Authority, LLC, Parts Authority, Inc., and Mr. Yaron Rosenthal.

By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Weinhaus & Potashnick, and other attorneys with whom they may associate.

Date: 5/20/2021         Sign: _____

                        Print Name:   Rodolfo Travaglinte