UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
*PARTS AUTHORITY, LLC,*
*PARTS AUTHORITY, INC., and*
*YARON ROSENTHAL*
58 South Service Rd., Ste. 250
Melville, New York 11747
(631) 247-0404
    ATTORNEYS OF RECORD:
        JEFFREY W. BRECHER, ESQ.
        ALESSANDRO VILLANELLA, ESQ.
        BRENDAN SWEENEY, ESQ.

---

HECTOR POLANCO, for himself and all other similarly situated,

        Plaintiff,

vs.

PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., and YARON ROSENTHAL.

        Defendants.

Case No. 21-cv-2957

**NOTICE OF APPEARANCE**

---

To the Clerk of this Court and all parties of record:

    Please enter my appearance as attorney of record in this case for Defendants PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC. and YARON ROSENTHAL. I certify that I am admitted to practice in this Court.

Dated:  Melville, New York
        June 14, 2021

        Respectfully Submitted,
        JACKSON LEWIS P.C.
        *ATTORNEYS FOR DEFENDANTS*
        58 South Service Road, Ste. 250
        Melville, New York 11747
        (631) 247-0404

    By: _____*Brendan Sweeney*_____
        Brendan Sweeney, Esq.

4843-8200-3950, v. 1