# JacksonLewis

**Jackson Lewis P.C.**
58 S. Service Rd.
Suite 250
Melville, NY 11747
Tel 631-247-0404
Fax 631-247-0417
jacksonlewis.com

DIRECT DIAL: (631) 247-4652
EMAIL ADDRESS: JEFFREY.BRECJER@JACKSONLEWIS.COM

July 20, 2021

**VIA ECF**
Honorable LaShann DeArcy Hall
United States District Court, E.D.N.Y.
225 Cadman Plaza East, Courtroom 4H North
Brooklyn, New York 11201

Re:     **Hector Polanco v. Parts Authority, LLC, et al.**
        **Case No. 21-cv-02957**

Dear Judge Hall:

We represent Parts Authority, LLC, Parts Authority, Inc. and Yaron Rosenthal (collectively, "Defendants"), in the above-referenced matter.  We write pursuant to Rule I.E. of the Court's Individual Rules to request an extension of time to answer, move or otherwise respond to Plaintiff's Complaint to permit the parties to complete a mediation in an attempt to resolve this purported class and collective action, as well as three pending cases in arbitration.  Defendants' response to the Complaint presently is due July 26, 2021. The parties have agreed to conduct a mediation on October 7, 2021 before JAMS mediator Stephen Sonnenberg.  Accordingly, Defendants request an extension through and including October 15, 2021, to afford the parties an opportunity to resolve the case through mediation.  This is the second request for an extension of this deadline.  Plaintiff's Counsel consents to this request and the Parties' agreement is reflected in a stipulation attached hereto for Your Honor's consideration. No other scheduled dates will be affected if the Court grants this request.

We thank the Court for its attention to this matter.

Respectfully submitted,
JACKSON LEWIS P.C.

*Jeffrey W. Brecher*
Jeffrey W. Brecher

cc:     Jeremiah Frei-Pearson, Esq. (via ECF)
        Mark Potashnick, Esq. (via ECF)

4829-7193-4706, v. 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
*PARTS AUTHORITY, LLC,*
*PARTS AUTHORITY, INC., and*
*YARON ROSENTHAL*
58 South Service Rd., Ste. 250
Melville, New York 11747
(631) 247-0404
      ATTORNEYS OF RECORD:
          JEFFREY W. BRECHER, ESQ.
          ALESSANDRO VILLANELLA, ESQ.
          BRENDAN SWEENEY, ESQ.

........................................................X

HECTOR POLANCO, for himself and all other
similarly situated,

                      Plaintiff,

         vs.

PARTS AUTHORITY, LLC, PARTS
AUTHORITY, INC., and YARON
ROSENTHAL.

                  Defendants.

........................................................X

Case No. 21-cv-2957
**STIPULATION REGARDING
TIME TO RESPOND TO
COMPLAINT**

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties,

that:

      1.  Defendants' time to answer, move or otherwise respond to the Complaint is

         extended to October 15, 2021.

      2.  The statute of limitation for claims brought pursuant to the Fair Labor Standards

         Act ("FLSA") on behalf of any putative opt-in within the scope of the putative

         collective action shall be tolled for the period beginning the date the parties execute

this Stipulation up to and including the date on which Defendants answer, move or otherwise respond to the Complaint.

By: _____s/_____

Jeremiah Frei-Pearson, Esq.

Finkelstein, Blankinship, Frei-Pearson & Garber, LLP
One North Broadway, Suite 900
White Plains, New York 10601
Telephone: (914) 298-3281
Jfrei-pearson@fbfglaw.com

Mark Potashnick, MO Bar #41315
(*pro hac* vice forthcoming)
Weinhaus & Potashnick
11500 Olive Blvd, Suite 133
St. Louis, Missouri 63141
Telephone: (314) 997-9150 ext. 2
markp@wp-attorneys.com

*Attorneys for Plaintiff*

Dated:  July 20, 2021

By:_____s/

Jeffrey W. Brecher, Esq.

Jackson Lewis, P.C.
58 South Service Road, Suite 250
Melville, New York 11747
Telephone: (631) 247-4652
brecherj@jacksonlewis.com

*Attorneys for Defendants*

Dated:  July 20, 2021

**SO ORDERED:**

_____
THE HONORABLE LASHANN MOUTIQUE DEARCY HALL, U.S.D.J.

Dated:  _____, 2021

4819-6346-6738, v. 1